UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GOEFFREY SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV238 SNLJ |
| | ) | |
| BOB HOLDER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On December 21, 2015, the Court ordered plaintiff to pay an initial partial filing fee of $1.00 no later than January 20, 2016. Plaintiff has not paid the fee. Therefore, plaintiff must show cause why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must show cause, no later than fourteen (14) days from the date of this Order, why this action should not be dismissed for failure to prosecute.

Dated this 10th day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE